# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | Bankruptcy Case No.: 17−12560−BLS |
| Woodbridge Group of Companies, LLC | |
|     Debtor | Bankruptcy Chapter: 11 |
| _____ | |
| Michael Goldberg | |
|     Plaintiff | Adv. Proc. No.: 19−50764−BLS |
|     vs. | |
| Kurt Sickles, in his capacity as a Sole Proprietor of the Defined Benefit Pension Plan and Trust; Kurt Sickles | |
|     Defendant(s) | |

## JUDGMENT BY DEFAULT

    On 6/19/20, default was entered against defendant(s) Kurt Sickles, in his capacity as a Sole Proprietor of the Defined Benefit Pension Plan and Trust; Kurt Sickles. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Kurt Sickles, in his capacity as a Sole Proprietor of the Defined Benefit Pension Plan and Trust; Kurt Sickles in the amount of $55,416.58 plus court filing costs in the amount of $350.00 .

Date: 3/25/21

                                                                 Una O'Boyle, Clerk of Court

(VAN−433b)